# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARC E. GROSSMAN, | CASE NO. MC F 08-0014  LJO |
| Respondent, | **ORDER TO U.S. MARSHAL TO SERVE ORDER TO SHOW CAUSE ON MARC E. GROSSMAN** |

This Court ORDERS the U.S. Marshal to personally serve on attorney Marc E. Grossman the attached June 9, 2008 Order to Show Cause Why Counsel Should Not be Held in Contempt.  Mr. Grossman's business address is Law Offices of Marc E. Grossman, 818 North Mountain Ave., Suite 111, Upland, CA 91786.  His business telephone number is (909) 608-7426.

IT IS SO ORDERED.

**Dated:   June 9, 2008**              /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1