IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARC E. GROSSMAN,<br><br>             Respondent,<br>_____/ | CASE NO. MC F 08-0014  LJO<br><br>**ORDER TO:**<br>1.   **Issue Findings on Order to Show Cause regarding Contempt;**<br>2.   **Discharge Order to Show Cause regarding Contempt;**<br>3.   **Vacate August 8, 2008 Hearing; and**<br>4.   **Assign Case No. CV F 06-1454 Back to Sr. District Judge Wanger** |

This Court reviewed respondent Marc Grossman's "Response To Motion for Recusal and Order to Show Cause Re Contempt," dated July 24, 2008 and filed on July 28, 2008.

**FINDINGS**

This Court FINDS that:

1. Counsel Grossman's response is sincere and truthful;

2. Counsel Grossman has admitted that his allegations and assertions against Senior United States District Judge Oliver W. Wanger in Mr. Grossman's April 8, 2008 Request to Vacate Order were as a result of emotionalism, frustration, carelessness and anxiety, and showed an absence of professionalism;

3. Neither the undersigned nor the Clerk's office of this Court received the letter of May 28, 2008 from Counsel Grossman referred to in his most recently filed response until received as an attachment to his July 24, 2008 responsive documents;

1   4.   There has been no showing of bias, dishonor or falsity on the part of Senior District
2   Judge Oliver W. Wanger as had been originally alleged by Counsel Grossman.  In sum,
3   the allegations were made without truth in fact and without foundational basis.

**CONTEMPT DISCHARGE**

The Court finds appropriate to give Counsel Grossman the benefit of the doubt in light of his apology, and DISCHARGES the Order to Show Cause In Re Contempt.  The August 8, 2008 hearing is VACATED.

**ORDER ON CASE NO. CV F 06-1454**

In that there is no basis to recuse Senior United States District Judge Oliver W. Wanger in Case No. CV F 06-1454, the Clerk of the Court is ordered to assign that case back to Judge Wanger for all further proceedings.  The Clerk is further directed to close this action MC F 08-0014 LJO.

IT IS SO ORDERED.

**Dated:   July 30, 2008**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

2